Exhibit B

1  Michael W. Sobol (State Bar No. 194857)
   Roger N. Heller (State Bar No. 215348)
2  LIEFF CABRASER HEIMANN & BERNSTEIN LLP
   275 Battery Street, 29th Floor
3  San Francisco, CA  94111
   Telephone:  (415) 956-1000
4  E-mail: msobol@lchb.com
   nreynolds@lchb.com
5
   Daniel Hattis (State Bar No. 232141)
6  HATTIS LAW
   1134 Crane Street, Suite 216
7  Menlo Park, CA 94025
   Telephone:  (650) 980-1990
8  E-mail: dan@hattislaw.com

9  *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SAM WILLIAMSON, individually and on behalf of all others similarly situated, | Case No. _____ |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF SAM WILLIAMSON** |
| MCAFEE, INC., | |
| Defendant. | |

DECLARATION OF SAM WILLIAMSON

I, Sam Williamson, hereby declare and state as follows:

1. I am over the age of 18, and a Plaintiff in this action. The facts contained in this declaration are based on my personal knowledge, and if called upon to do so, I could and would testify competently hereto.

2. The complaint in this action, filed concurrently with this declaration, is filed in the proper place for trial under California Civil Code § 1780(d), because this is a county in which the Defendant does business and where a substantial portion of the transactions occurred.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on October 26, 2013, in Garden Grove California.

_____
Sam Williamson