**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAM WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>   v.<br><br> MCAFEE, INC.,<br><br>            Defendant. | CASE NO. 5:14-CV-00158-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

This matter is currently set for a Case Management Conference on August 1, 2014. Having reviewed the parties' Joint Case Management Statement [see Docket Item No. 37] and in light of the pending Motion to Dismiss [see Docket Item No. 21], the court finds that a conference is premature at this time and hereby VACATES the conference. The court shall set a Case Management Conference, if necessary, in its order on Defendant's Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: July 28, 2014

                                                                                      
EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:14-CV-00158-EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE