Daniel F. Katz (*pro hac vice*)
David S. Kurtzer-Ellenbogen (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
dkatz@wc.com
dkurtzer@wc.com

Michael F. Donner (SBN 155944)
Ellen A. Cirangle (SBN 164188)
STEIN & LUBIN LLP
Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone:   (415) 981-0550
Facsimile:    (415) 981-4343
mdonner@steinlubin.com
ecirangle@steinlubin.com

Attorneys for Defendant
McAFEE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM WILLIAMSON,<br><br>           Plaintiff,<br><br>v.<br><br>McAFEE, INC.,<br><br>           Defendant. | Case No.  5:14-cv-00158 EJD<br><br>**CLASS ACTION**<br><br>**STIPULATION RE EXTENSION OF TIME FOR ALTERNATIVE DISPUTE RESOLUTION SESSION** |

   WHEREAS, the Court on July 11, 2014 ordered that the parties conduct an ADR session by December 5, 2014 (Docket No. 35); and

   WHEREAS, the Court on August 22, 2014 issued an Order granting in part and denying in part Defendant McAfee, Inc.'s ("McAfee") motion to dismiss (Docket No. 40); and

   WHEREAS, Plaintiff filed a First Amended Complaint on September 8, 2014 (Docket No. 42); and

WHEREAS, McAfee has moved to dismiss the First Amended Complaint (Docket No. 48), Plaintiff has opposed that motion (Docket No. 54), and McAfee has replied (Docket No. 59); and

WHEREAS, a hearing has been calendared for March 5, 2015 with respect to McAfee's motion to dismiss the First Amended Complaint; and

WHEREAS, the parties met and conferred regarding ADR, selected a mediator (Eric D. Green of Resolutions, LLC), and calendared a mediation session for February 10, 2015; and

WHEREAS, the Court on November 10, 2015 extended the deadline for the parties to conduct an ADR session to February 10, 2015; and

WHEREAS, in light of the snowstorm that has occurred in the northeastern United States over the past several days, counsel for all parties were unable to travel to Boston for the scheduled mediation on February 10, 2015; and

WHEREAS, the parties have met and conferred regarding scheduling, and have conferred with the mediator as well, but in light of the unanticipated and last-minute postponement of the ADR session scheduled for February 10, 2015, have not yet determined a suitable date to reschedule;

NOW THEREFORE, ALL PARTIES, BY AND THROUGH THEIR COUNSEL hereby stipulate as follows:

The parties shall meet and confer to determine an alternative date for their ADR session, and shall so advise the Court on or before February 21, 2015.

SO STIPULATED.

IT IS SO ORDERED.

Date:   February __12__, 2015

_____
EDWARD J. DAVILA
United States District Judge

Dated: February 11, 2015					WILLIAMS & CONNOLLY LLP

							By: /s/ Daniel F. Katz
							Daniel F. Katz
							Attorneys for Defendant
							McAFEE, INC.

Dated: February 11, 2015					STEIN & LUBIN LLP

							By: /s/ Michael F. Donner
							Michael F. Donner
							Attorneys for Defendant
							McAFEE, INC.

Dated: February 11, 2015					LIEFF CABRASER HEIMANN & BERNSTEIN LLP

							By: /s/ Roger N. Heller
							Roger N. Heller
							Attorneys for Plaintiff
							SAM WILLIAMSON

Dated: February 11, 2015					HATTIS LAW

							By: /s/ Daniel M. Hattis
							Daniel M. Hattis
							Attorneys for Plaintiff
							SAM WILLIAMSON