UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAM WILLIAMSON,<br><br>        Plaintiff,<br><br>    v.<br><br>MCAFEE, INC.,<br><br>        Defendant. | Case No.  5:14-cv-00158-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement filed on September 30, 2015 (Docket Item No. 71), the court finds that a scheduling conference at this time is premature.  Accordingly, the Case Management Conference scheduled for October 8, 2015, is CONTINUED to **10:00 a.m. on November 5, 2015**.  The parties shall file an updated Joint Case Management Conference Statement on or before **October 29, 2015**.

**IT IS SO ORDERED.**

Dated: October 2, 2015

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:14-cv-00158-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1