UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAM WILLIAMSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MCAFEE, INC.,<br><br>　　　　Defendant. | Case No. 5:14-cv-00158-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement filed on October 29, 2015 (Docket Item No. 73), the court finds that a scheduling conference at this time is premature. Accordingly, the Case Management Conference scheduled for November 5, 2015, is CONTINUED to **10:00 a.m. on December 10, 2015**. The parties shall file an updated Joint Case Management Conference Statement on or before **December 3, 2015**.

**IT IS SO ORDERED.**

Dated: October 30, 2015



EDWARD J. DAVILA
United States District Judge