UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SAM WILLIAMSON,

    Plaintiff,

v.

MCAFEE, INC.,

    Defendant.

Case No. 5:14-cv-00158-EJD

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Having reviewed the parties' Joint Case Management Conference Statement filed on December 3, 2015 (Docket Item No. 75), the court finds that a scheduling conference at this time is premature. Accordingly, the Case Management Conference scheduled for December 10, 2015, is CONTINUED to **10:00 a.m. on February 11, 2016**. The parties shall file an updated Joint Case Management Conference Statement on or before **February 4, 2016**.

**IT IS SO ORDERED.**

Dated: December 7, 2015



EDWARD J. DAVILA
United States District Judge

Case No.: 5:14-cv-00158-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE