| | |
|---|---|
| Michael W. Sobol (State Bar No. 194857)<br>Roger N. Heller (State Bar No. 215348)<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111<br>Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008<br>msobol@lchb.com | Daniel F. Katz (*pro hac vice*)<br>David S. Kurtzer-Ellenbogen (*pro hac vice*)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone:  (202) 434-5000<br>Facsimile:  (202) 434-5029<br>dkatz@wc.com |
| Daniel M. Hattis (State Bar No. 232141)<br>HATTIS LAW<br>9221 NE 25th Street<br>Clyde Hill, WA 98004<br>Telephone: (650) 980-1990<br>dan@hattislaw.com | Michael F. Donner (SBN 155944)<br>Ellen A. Cirangle (SBN 164188)<br>LUBIN OLSON & NIEWIADOMSKI LLP<br>Transamerica Pyramid<br>600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 981-0550<br>Facsimile: (415) 981-4343<br>mdonner@lubinolson.com |

*Attorneys for Plaintiff Sam Williamson*

*Attorneys for Defendant McAFEE, INC.*

Tina Wolfson (State Bar No. 174806)
Robert Ahdoot (State Bar No. 172098)
Theodore W. Maya (State Bar No. 223242)
AHDOOT & WOLFSON, P.C.
10850 Wilshire Boulevard, Suite 370
Los Angeles, California 90024
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585
twolfson@ahdootwolfson.com

*Attorneys for Plaintiff Samantha Kirby*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MCAFEE, INC.,<br><br>　　　　　Defendant. | Case No.  5:14-cv-00158-EJD<br><br>**JOINT STATUS REPORT AND STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE**<br><br>Date:  February 11, 2016<br>Time: 10:00 a.m.<br>Honorable Edward J. Davila |

| | |
|---|---|
| SAMANTHA KIRBY, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>MCAFEE, INC.,<br><br>                Defendant. | Case No. 5:14-cv-02475-EJD |

WHEREAS, on July 8, 2015, the parties in the above-captioned *Williamson* and *Kirby* actions informed the Court that they had reached an agreement in principle on certain key deal terms, and requested that non-settlement proceedings in the *Williamson* and *Kirby* actions be stayed pending the filing of a settlement for the Court's approval;

WHEREAS, on July 9, 2015, the Court granted the parties' request and entered an Order staying all non-settlement proceedings in the *Williamson* and *Kirby* actions pending the filing of a settlement for the Court's approval (Dkt. 70) ("Stay Order");

WHEREAS, the Court's Stay Order set a Status Conference, initially for October 8, 2015;

WHEREAS, at the request of the parties, the Status Conference has been continued and is currently scheduled for February 11, 2016 at 10:00 a.m. (Dkt. 76);

WHEREAS, the parties hereby report that they have continued to work diligently on negotiating final settlement terms, have made significant progress towards that end, and are continuing to work, through the mediator, to resolve the lone remaining issues; and

WHEREAS, in light of such progress and the parties' ongoing efforts, the parties respectfully request that the Court continue the upcoming Status Conference to March 10, 2016, and that the parties be directed to file a joint statement in advance of such Status Conference to report on their progress and when they anticipate filing a motion for preliminary settlement approval;

NOW THEREFORE, ALL PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL hereby stipulate and respectfully request that:

The Status Conference currently scheduled in the *Williamson* and *Kirby* actions for February 11, 2016 at 10:00 a.m., be continued until March 10, 2016 at 10:00 a.m., with the parties filing a joint statement by no later than March 3, 2016 to report on their progress and when they anticipate filing a motion for preliminary settlement approval.

**IT IS SO STIPULATED.**

Dated: February 3, 2016

          WILLIAMS & CONNOLLY LLP

By: /s/ Daniel F. Katz
     Daniel F. Katz
     Attorneys for Defendant
     McAFEE, INC.

Dated: February 3, 2016      LUBIN OLSON & NIEWIADOMSKI LLP

By: /s/ Michael F. Donner
     Michael F. Donner
     Attorneys for Defendant
     McAFEE, INC.

Dated: February 3, 2016      LIEFF CABRASER HEIMANN & BERNSTEIN LLP

By: /s/ Roger N. Heller
     Roger N. Heller
     Attorneys for Plaintiff
     SAM WILLIAMSON

Dated: February 3, 2016      HATTIS LAW

By: /s/ Daniel M. Hattis
     Daniel M. Hattis
     Attorneys for Plaintiff
     SAM WILLIAMSON

Dated: February 3, 2016      AHDOOT & WOLFSON, P.C.

By: /s/ Tina Wolfson
     Tina Wolfson
     Attorneys for Plaintiff
     SAMANTHA KIRBY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __February 5__, 2016

EDWARD J. DAVILA
United States District Judge

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing document. In compliance with General Order 45, I hereby attest that the signatories indicated above via a conformed signature have concurred in this filing.

By:   */s/ Roger N. Heller*

1274750.1