Michael W. Sobol (State Bar No. 194857)
Roger N. Heller (State Bar No. 215348)
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
msobol@lchb.com

Daniel M. Hattis (State Bar No. 232141)
HATTIS LAW
9221 NE 25th Street
Clyde Hill, WA 98004
Telephone: (650) 980-1990
dan@hattislaw.com

*Attorneys for Plaintiff Sam Williamson*

Tina Wolfson (State Bar No. 174806)
Robert Ahdoot (State Bar No. 172098)
Theodore W. Maya (State Bar No. 223242)
AHDOOT & WOLFSON, P.C.
10850 Wilshire Boulevard, Suite 370
Los Angeles, California 90024
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585
twolfson@ahdootwolfson.com

*Attorneys for Plaintiff Samantha Kirby*

Daniel F. Katz (*pro hac vice*)
David S. Kurtzer-Ellenbogen (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
dkatz@wc.com

Michael F. Donner (SBN 155944)
Ellen A. Cirangle (SBN 164188)
LUBIN OLSON & NIEWIADOMSKI LLP
Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
mdonner@lubinolson.com

*Attorneys for Defendant McAFEE, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MCAFEE, INC.,<br><br>Defendant. | Case No.  5:14-cv-00158-EJD<br><br>**JOINT STATUS REPORT AND STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE**<br><br>Date:  March 31, 2016<br>Time: 10:00 a.m.<br>Honorable Edward J. Davila |

| | |
|---|---|
| SAMANTHA KIRBY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MCAFEE, INC.,<br><br>    Defendant. | Case No.  5:14-cv-02475-EJD |

JOINT STATUS REPORT AND STIPULATED
REQUEST TO CONTINUE STATUS CONFERENCE;
CASE NOS. 5:14-CV-00158-EJD, 5:14-CV-02475-EJD

WHEREAS, on July 8, 2015, the parties in the above-captioned *Williamson* and *Kirby* actions informed the Court that they had reached an agreement in principle on certain key deal terms, and requested that non-settlement proceedings in the *Williamson* and *Kirby* actions be stayed pending the filing of a settlement for the Court's approval;

WHEREAS, on July 9, 2015, the Court granted the parties' request and entered an Order staying all non-settlement proceedings in the *Williamson* and *Kirby* actions pending the filing of a settlement for the Court's approval (Dkt. 70) ("Stay Order");

WHEREAS, the Court's Stay Order set a Status Conference, initially for October 8, 2015;

WHEREAS, at the request of the parties, the Status Conference has been continued and is currently scheduled for March 31, 2016 at 10:00 a.m. (Dkt. 80);

WHEREAS, the parties hereby report that they have continued to work diligently on negotiating final settlement terms, have made significant progress towards that end, and are continuing to work, through the mediator, to resolve the lone remaining issues; and

WHEREAS, in light of such progress and the parties' ongoing efforts, the parties respectfully request that the Court continue the upcoming Status Conference to April 21, 2016, and that the parties be directed to file a joint statement in advance of such Status Conference to report on their progress and when they anticipate filing a motion for preliminary settlement approval;

NOW THEREFORE, ALL PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL hereby stipulate and respectfully request that:

The Status Conference currently scheduled in the *Williamson* and *Kirby* actions for March 31, 2016 at 10:00 a.m., be continued until April 21, 2016 at 10:00 a.m., with the parties filing a joint statement by no later than April 14, 2016 to report on their progress and when they anticipate filing a motion for preliminary settlement approval.

**IT IS SO STIPULATED.**

Dated: March 24, 2016

         WILLIAMS & CONNOLLY LLP

By: /s/ Daniel F. Katz
  Daniel F. Katz
  Attorneys for Defendant
  McAFEE, INC.

Dated: March 24, 2016    LUBIN OLSON & NIEWIADOMSKI LLP

By: /s/ Michael F. Donner
  Michael F. Donner
  Attorneys for Defendant
  McAFEE, INC.

Dated: March 24, 2016    LIEFF CABRASER HEIMANN & BERNSTEIN LLP

By: /s/ Roger N. Heller
  Roger N. Heller
  Attorneys for Plaintiff
  SAM WILLIAMSON

Dated: March 24, 2016    HATTIS LAW

By: /s/ Daniel M. Hattis
  Daniel M. Hattis
  Attorneys for Plaintiff
  SAM WILLIAMSON

Dated: March 24, 2016    AHDOOT & WOLFSON, P.C.

By: /s/ Tina Wolfson
  Tina Wolfson
  Attorneys for Plaintiff
  SAMANTHA KIRBY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  __3/25__, 2016        [signature]
                EDWARD J. DAVILA
                United States District Judge

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing document. In compliance with General Order 45, I hereby attest that the signatories indicated above via a conformed signature have concurred in this filing.

By: */s/ Roger N. Heller*

1274750.1