| | |
|---|---|
| Michael W. Sobol (State Bar No. 194857) <br> Roger N. Heller (State Bar No. 215348) <br> LIEFF CABRASER HEIMANN & <br> BERNSTEIN LLP <br> 275 Battery Street, 29th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 956-1000 <br> Facsimile: (415) 956-1008 <br> msobol@lchb.com | Daniel F. Katz (*pro hac vice*) <br> David S. Kurtzer-Ellenbogen (*pro hac vice*) <br> WILLIAMS & CONNOLLY LLP <br> 725 Twelfth Street, N.W. <br> Washington, DC 20005 <br> Telephone: (202) 434-5000 <br> Facsimile: (202) 434-5029 <br> dkatz@wc.com |
| Daniel M. Hattis (State Bar No. 232141) <br> HATTIS LAW <br> 9221 NE 25th Street <br> Clyde Hill, WA 98004 <br> Telephone: (650) 980-1990 <br> dan@hattislaw.com | Ellen A. Cirangle (SBN 164188) <br> LUBIN OLSON & NIEWIADOMSKI LLP <br> Transamerica Pyramid <br> 600 Montgomery Street, 14th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 981-0550 <br> Facsimile: (415) 981-4343 <br> mdonner@lubinolson.com |
| *Attorneys for Plaintiff Sam Williamson* | *Attorneys for Defendant McAFEE, INC.* |

Tina Wolfson (State Bar No. 174806)
Robert Ahdoot (State Bar No. 172098)
Theodore W. Maya (State Bar No. 223242)
AHDOOT & WOLFSON, P.C.
10850 Wilshire Boulevard, Suite 370
Los Angeles, California 90024
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
twolfson@ahdootwolfson.com

*Attorneys for Plaintiff Samantha Kirby*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM WILLIAMSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MCAFEE, INC., <br><br> Defendant. | Case No. 5:14-cv-00158-EJD <br><br> [~~PROPOSED~~] **ORDER CONTINUING STATUS CONFERENCE** <br><br> Date: April 21, 2016 <br> Time: 10:00 a.m. <br> Honorable Edward J. Davila |

| | |
|---|---|
| SAMANTHA KIRBY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MCAFEE, INC.,<br><br>    Defendant. | Case No. 5:14-cv-02475-EJD |

The parties in these related actions report that they have reached agreement on a settlement term sheet executed in full as of April 8, 2016, and that they anticipate completing formal settlement papers and filing a motion for preliminary settlement approval within approximately 30 days. In light of the foregoing, the Court ORDERS that the Status Conference, currently scheduled in these actions for April 21, 2016, at 10:00 a.m., is hereby continued to May 26, 2016, at 10:00 a.m.

**IT IS SO ORDERED.**
The parties shall file a joint Status Conference Statement on or before May 19, 2016.

Date:   __4/14__, 2016

_____
EDWARD J. DAVILA
United States District Judge

1299918.1