| | |
|---|---|
| Michael W. Sobol (State Bar No. 194857)<br>Roger N. Heller (State Bar No. 215348)<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>msobol@lchb.com | Daniel F. Katz (*pro hac vice*)<br>David S. Kurtzer-Ellenbogen (*pro hac vice*)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029<br>dkatz@wc.com |
| Daniel M. Hattis (State Bar No. 232141)<br>HATTIS LAW<br>9221 NE 25th Street<br>Clyde Hill, WA 98004<br>Telephone: (650) 980-1990<br>dan@hattislaw.com | Ellen A. Cirangle (SBN 164188)<br>LUBIN OLSON & NIEWIADOMSKI LLP<br>Transamerica Pyramid<br>600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 981-0550<br>Facsimile: (415) 981-4343<br>mdonner@lubinolson.com |
| *Attorneys for Plaintiff Sam Williamson* | *Attorneys for Defendant McAFEE, INC.* |
| Tina Wolfson (State Bar No. 174806)<br>Robert Ahdoot (State Bar No. 172098)<br>Theodore W. Maya (State Bar No. 223242)<br>AHDOOT & WOLFSON, P.C.<br>10850 Wilshire Boulevard, Suite 370<br>Los Angeles, California 90024<br>Telephone: (310) 474-9111<br>Facsimile: (310) 474-8585<br>twolfson@ahdootwolfson.com | |
| *Attorneys for Plaintiff Samantha Kirby* | |

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — DENIED — Judge Edward J. Davila — DATED: 5/23/2016]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>MCAFEE, INC.,<br><br>  Defendant. | Case No. 5:14-cv-00158-EJD<br><br>**JOINT STATUS REPORT AND STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE**<br><br>Date: May 26, 2016<br>Time: 10:00 a.m.<br>Honorable Edward J. Davila |

| | | |
|---|---|---|
| 1 | SAMANTHA KIRBY, individually and on behalf of all others similarly situated, | Case No. 5:14-cv-02475-EJD |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | MCAFEE, INC., | |
| 6 | Defendant. | |

WHEREAS, on April 8, 2016, the parties in the above-captioned *Williamson* and *Kirby* actions informed the Court that they had reached an agreement in principle, had executed a term sheet subject to full documentation, and had begun the process of preparing the final settlement agreement and related documentation, and asked the Court to continue the Status Conference, which had been scheduled for April 21, 2016, until May 26, 2016. (Dkt. 84);

WHEREAS, pursuant to the Court's Order dated April 14, 2016, a Status Conference is currently scheduled in the *Williamson* and *Kirby* actions for May 26, 2016, at 10:00 a.m. (Dkt. 85);

WHEREAS, the parties hereby report that they have made significant progress towards finalizing the settlement papers, and are continuing to work diligently on same;

WHEREAS, the parties anticipate finalizing the settlement papers and filing a motion for preliminary settlement approval within approximately 30 days;

WHEREAS, in light of the above, the parties respectfully request that the Court continue the upcoming Status Conference until June 30, 2016 at 10:00 a.m.;

NOW THEREFORE, ALL PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL hereby stipulate and respectfully request that:

The Status Conference currently scheduled in the *Williamson* and *Kirby* actions for May 26, 2016 at 10:00 a.m., be continued until June 30, 2016 at 10:00 a.m., with the parties filing a joint statement by no later than June 23, 2016.

**IT IS SO STIPULATED.**

Dated: May 19, 2016

                    WILLIAMS & CONNOLLY LLP

                    By:  /s/ Daniel F. Katz
                          Daniel F. Katz
                          Attorneys for Defendant
                          McAFEE, INC.

| | | |
|---|---|---|
| Dated: May 19, 2016 | | LUBIN OLSON & NIEWIADOMSKI LLP |
| | By: | /s/ Ellen A. Cirangle |
| | | Ellen A. Cirangle |
| | | Attorneys for Defendant |
| | | McAFEE, INC. |
| Dated: May 19, 2016 | | LIEFF CABRASER HEIMANN & BERNSTEIN LLP |
| | By: | /s/ Roger N. Heller |
| | | Roger N. Heller |
| | | Attorneys for Plaintiff |
| | | SAM WILLIAMSON |
| Dated: May 19, 2016 | | HATTIS LAW |
| | By: | /s/ Daniel M. Hattis |
| | | Daniel M. Hattis |
| | | Attorneys for Plaintiff |
| | | SAM WILLIAMSON |
| Dated: May 19, 2016 | | AHDOOT & WOLFSON, P.C. |
| | By: | /s/ Tina Wolfson |
| | | Tina Wolfson |
| | | Attorneys for Plaintiff |
| | | SAMANTHA KIRBY |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

**DENIED** — Judge Edward J. Davila

Date: _____, 2016

_____
EDWARD J. DAVILA
United States District Judge

JOINT STATUS REPORT AND STIPULATED
REQUEST TO CONTINUE STATUS CONFRENCE;
CASE NOS. 5:14-CV-00158-EJD, 5:14-CV-02475-EJD

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing document. In compliance with General Order 45, I hereby attest that the signatories indicated above via a conformed signature have concurred in this filing.

By: */s/ Roger N. Heller*

1274750.1