| | |
|---|---|
| Michael W. Sobol (State Bar No. 194857)<br>Roger N. Heller (State Bar No. 215348)<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>msobol@lchb.com | Daniel F. Katz (*pro hac vice*)<br>David S. Kurtzer-Ellenbogen (*pro hac vice*)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029<br>dkatz@wc.com |
| Daniel M. Hattis (State Bar No. 232141)<br>HATTIS LAW<br>9221 NE 25th Street<br>Clyde Hill, WA 98004<br>Telephone: (650) 980-1990<br>dan@hattislaw.com | Ellen A. Cirangle (SBN 164188)<br>LUBIN OLSON & NIEWIADOMSKI LLP<br>Transamerica Pyramid<br>600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 981-0550<br>Facsimile: (415) 981-4343<br>mdonner@lubinolson.com |
| *Attorneys for Plaintiff Sam Williamson* | *Attorneys for Defendant McAFEE, INC.* |
| Tina Wolfson (State Bar No. 174806)<br>Robert Ahdoot (State Bar No. 172098)<br>Theodore W. Maya (State Bar No. 223242)<br>AHDOOT & WOLFSON, P.C.<br>10850 Wilshire Boulevard, Suite 370<br>Los Angeles, California 90024<br>Telephone: (310) 474-9111<br>Facsimile: (310) 474-8585<br>twolfson@ahdootwolfson.com | |
| *Attorneys for Plaintiff Samantha Kirby* | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MCAFEE, INC.,<br><br>Defendant. | Case No. 5:14-cv-00158-EJD<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br>(AS MODIFIED)<br><br>Date:<br>Time:<br>Honorable Edward J. Davila |

| | |
|---|---|
| SAMANTHA KIRBY, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>MCAFEE, INC.,<br><br>        Defendant. | Case No. 5:14-cv-02475-EJD |

WHEREAS, on April 8, 2016, the parties in the above-captioned *Williamson* and *Kirby* actions informed the Court that they had reached an agreement in principle, had executed a term sheet subject to full documentation, and had begun the process of preparing the final settlement agreement and related documentation;

WHEREAS, on May 26, 2016, the Court held a Status Conference in the *Williamson* and *Kirby* actions, during which counsel for the parties updated the Court that they had made significant progress towards finalizing the settlement papers, were continuing to work diligently on same, and anticipated finalizing the settlement papers and filing a motion for preliminary settlement approval within approximately one month;

WHEREAS, at the May 26, 2016 Status Conference, at the parties' suggestion, the Court directed the parties to confer regarding their availability and to submit by June 3, 2016 a proposed schedule regarding the anticipated motion for preliminary settlement approval.  (*Williamson* Dkt. No. 88; *Kirby* Dkt. No. 59); and

WHEREAS, the parties have conferred and, based on the current status of the settlement papers and the availability of counsel and the Court, respectfully propose to the Court the following schedule:

| July 14, 2016 | Motion for preliminary settlement approval to be filed |
| August 18, 2016, 9:00 a.m. | Hearing on motion for preliminary settlement approval. |

NOW THEREFORE, ALL PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL hereby stipulate and respectfully request that the Court set the following schedule regarding the anticipated motion for preliminary settlement approval:

| July 14, 2016 | Motion for preliminary settlement approval to be filed |
|---|---|
| August 18, 2016, 10:00 a.m. (Special Set) | Hearing on motion for preliminary settlement approval. |

**IT IS SO STIPULATED.**

Dated: June 2, 2016

                WILLIAMS & CONNOLLY LLP

By: /s/ Daniel F. Katz
     Daniel F. Katz
     Attorneys for Defendant
     McAFEE, INC.

Dated:  June 2,  2016       LUBIN OLSON & NIEWIADOMSKI LLP

By: /s/ Ellen A. Cirangle
     Ellen A. Cirangle
     Attorneys for Defendant
     McAFEE, INC.

Dated:  June 2,  2016       LIEFF CABRASER HEIMANN & BERNSTEIN LLP

By: /s/ Roger N. Heller
     Roger N. Heller
     Attorneys for Plaintiff
     SAM WILLIAMSON

Dated:  June 2,  2016       HATTIS LAW

By: /s/ Daniel M. Hattis
     Daniel M. Hattis
     Attorneys for Plaintiff
     SAM WILLIAMSON

Dated: June 2, 2016          AHDOOT & WOLFSON, P.C.

By: /s/ Tina Wolfson
Tina Wolfson
Attorneys for Plaintiff
SAMANTHA KIRBY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __June 6__, 2016

_____
EDWARD J. DAVILA
United States District Judge

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing document. In compliance with General Order 45, I hereby attest that the signatories indicated above via a conformed signature have concurred in this filing.

By:  /s/ Roger N. Heller

1306465.3