Michael W. Sobol (State Bar No. 194857)
Roger N. Heller (State Bar No. 215348)
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
msobol@lchb.com

Daniel M. Hattis (State Bar No. 232141)
HATTIS LAW
9221 NE 25th Street
Clyde Hill, WA 98004
Telephone: (650) 980-1990
dan@hattislaw.com

*Attorneys for Plaintiff Sam Williamson*

Tina Wolfson (State Bar No. 174806)
Robert Ahdoot (State Bar No. 172098)
Theodore W. Maya (State Bar No. 223242)
AHDOOT & WOLFSON, P.C.
10850 Wilshire Boulevard, Suite 370
Los Angeles, California 90024
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585
twolfson@ahdootwolfson.com

*Attorneys for Plaintiff Samantha Kirby*

Daniel F. Katz (*pro hac vice*)
David S. Kurtzer-Ellenbogen (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
dkatz@wc.com

Ellen A. Cirangle (SBN 164188)
LUBIN OLSON & NIEWIADOMSKI LLP
Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
mdonner@lubinolson.com

*Attorneys for Defendant McAFEE, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MCAFEE, INC.,<br><br>    Defendant. | Case No.  5:14-cv-00158-EJD<br><br>**JOINT NOTICE REGARDING SETTLEMENT AGREEMENT**<br><br>Honorable Edward J. Davila |

| | |
|---|---|
| SAMANTHA KIRBY, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MCAFEE, INC.,<br><br>　　　　　　Defendant. | Case No. 5:14-cv-02475-EJD |

Plaintiffs and Defendant McAfee, Inc., the parties in the above-captioned cases, hereby provide the following clarifying notice regarding the Corrected Class Action Settlement Agreement and Release entered into by the parties (Dkt. 95) (the "Settlement Agreement").

Paragraph 37(b) of the Settlement Agreement provides as follows:

> For two (2) years following final approval by the Court of the Settlement, where McAfee itself (for clarity, excluding retailers or other third parties, whether or not contractually permitted to sell McAfee software products) includes a reference price in its promotions, notices, advertisements or at the point-of-sale (including through the McAfee homepage and through the in-software purchase path), for any McAfee software product offered by McAfee to United States consumers: (a) McAfee will use as such reference price only a price at which McAfee has offered that software product on the McAfee homepage to the public for at least 45 days within the preceding calendar quarter; and (b) McAfee will offer that software product on the McAfee homepage to the public at a non-sale price for at least 45 days within the current calendar quarter. For the avoidance of doubt, nothing in the foregoing will restrict McAfee's right to revise its list or non-sale prices at any time, provided that such list or non-sale prices may be used as a reference price only once re-established according to the terms of this paragraph. Thus, and as an example only, McAfee could offer a software product at a non-sale price of $90 for at least 45 days in Q1, at a sale or discount from $90 to $60 for 45 days in Q2, and also in Q2 revise its list pricing to offer a non-sale price for such product of $95 for 45 days of Q2, after which McAfee could offer a sale or discount from $95 to $65 for 45 days in Q3 for the product.

Out of an abundance of caution, to avoid any potential confusion, the parties hereby clarify that the term "homepage," as used in both subparts (a) and (b) of Paragraph 37(b) of the Settlement Agreement, is intended by the parties to mean, and shall mean:

> (1) the web page identified by the URL home.mcafee.com (or any web page to which a United States-based internet user is redirected upon clicking the preceding or entering the preceding into an internet browser, including but not limited to the page www.mcafee.com/consumer/en-us/store/m0/index.html), or its substantial equivalent; and (2) any web page to which a United States-based internet user is directed when clicking on the 'For Consumer' or 'Consumers' button or link on www.mcafee.com, or its substantial equivalent.

The parties will post this Joint Notice on the Settlement Website and add the clarifying definition to the Long Form Notice.

Dated: September 30, 2016

        WILLIAMS & CONNOLLY LLP

By: /s/ Daniel F. Katz
    Daniel F. Katz
    Attorneys for Defendant
    McAFEE, INC.

Dated: September 30, 2016    LUBIN OLSON & NIEWIADOMSKI LLP

By: /s/ Ellen A. Cirangle
    Ellen A. Cirangle
    Attorneys for Defendant
    McAFEE, INC.

Dated: September 30, 2016    LIEFF CABRASER HEIMANN & BERNSTEIN LLP

By: /s/ Roger N. Heller
    Roger N. Heller
    Attorneys for Plaintiff
    SAM WILLIAMSON

Dated: September 30, 2016    HATTIS LAW

By: /s/ Daniel M. Hattis
    Daniel M. Hattis
    Attorneys for Plaintiff
    SAM WILLIAMSON

Dated: September 30, 2016    AHDOOT & WOLFSON, P.C.

By: /s/ Robert Ahdoot
    Robert Ahdoot
    Attorneys for Plaintiff
    SAMANTHA KIRBY

1
2   **SIGNATURE ATTESTATION**
3      I am the ECF User whose identification and password are being used to file the foregoing
4   document.  In compliance with General Order 45, I hereby attest that the signatories indicated
5   above via a conformed signature have concurred in this filing.
6
7
                     By:    */s/ Roger N. Heller*
8
9
10
11
12
13   1318324.2
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28