(*Williamson/Kirby v. McAfee, Inc*, Case Nos. 14-cv-158-EJD, 14-cv-2475-EJD)

October 31, 2016
Clerk of the Court
USDC, Northern District of California
280 South 1st Street, Room 2112
San Jose, CA 95113



FILED

NOV 3 - 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

I object to the settlement for reasons that include the multiple low dollar amount awarded to many of us who have in *"good faith'* honored our commitment to pay for goods and or services we have signed on to. Unfortunately, we the public often find out that companies like McAfee have avoided adjusting our payment automatically or making things right prior to pending law suits or sending a post card: <u>Class Action Settlement Notice</u>.

These types of business practices are not uncommon and will continue until a fair and equitable settlement with <u>each</u> consumer is reached; not just for those lawyers and clients who are privy to the specific allegations and knowledge of the impropriety. The $11.50 settlement does not factor into the equation the reality that the auto-renewed charges applied to individual bank accounts in many cases have caused an over-drawl. Many consumers are not immediately aware of charges that impact their accounts. The result, many other debits against the account end up in the same situation incurring charges of $35.00 or more per over-drawl.

Everyone wins except the individuals who accept this proposed settlement. McAfee walks away with minimal dollars paid out to all class members (the majority), and does not have to admit to any wrong-doing. Children in a classroom are held more accountable for their innocent actions than large corporations. This court has an obligation to role model proper behavior to our youth and to show McAfee that not doing the right thing has <u>real</u> consequences. Until a fairer judgement is pronounced and implemented than shoddy business practices like this will continue unabated.

Michael A. Kuhlman

125 Cayuga Lake Drive
Little Egg Harbor, NJ 08087
609-296-7124
Personal ID#: BOT003609411
Confirmation Code: 65768

- Not represented by counsel
- Will not personally appear at the hearing

Cc: Class Counsel
    Defense Counsel