FILED

APR 24 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SAM WILLIAMSON; SAMANTHA KIRBY, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs-Appellees,<br><br> v.<br><br>AMIRALI JABRANI,<br><br>　　　　Objector-Appellant,<br><br> v.<br><br>MCAFEE, INC.,<br><br>　　　　Defendant-Appellee. | No.   17-15301<br><br>D.C. Nos.   5:14-cv-00158-EJD<br>　　　　　　5:14-cv-02475-EJD<br><br>Northern District of California, San Jose<br><br><br>ORDER |

Appellant's motion to dismiss this appeal (Docket Entry No. 13) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

　　　　　　　　　　　FOR THE COURT


　　　　　　　　　　　By: Ann Julius
　　　　　　　　　　　Circuit Mediator

aj/mediation